# United States Court of Appeals
## for the Fifth Circuit

_____

No. 22-60066
_____

A True Copy
Certified order issued Aug 01, 2022

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Earl Lewis Anderson, Jr.,

*Plaintiff—Appellant,*

versus

Maurice Fleming; Fabian Wiley,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-37

_____

CLERK'S OFFICE:

     Under 5th Cir. R. 42.3, the appeal is dismissed as of August 1, 2022, for want of prosecution. The Appellant failed to timely file appellant's brief and record excerpts.

No. 22-60066

                                    LYLE W. CAYCE
                                    Clerk of the United States Court
                                    of Appeals for the Fifth Circuit

By: _____
        Majella A. Sutton, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT